## Case No. 9,767.

### MOORE v. JACOBS.

[4 Cranch, C. C. 312.] [1]

Circuit Court, District of Columbia. May Term, 1833.

SLAVERY—IMPORTATION INTO DISTRICT—RUNAWAY NEGRO.

A female slave, owned in Alexandria, D. C., is removed with her owner to Maryland to reside; she runs away from her owner in Maryland and comes to Alexandria; her owner in Maryland, sells her (running) to a resident of Alexandria. This escape of the slave into Alexandria, was not a voluntary importation into Alexandria; and the sale was not such a sale as could give her a right to freedom under the Maryland law of 1796, c. 67.

Petition for freedom. The petitioner [the negress Clara Moore] was owned by Mr. Mills, in Alexandria, D. C., who removed to Maryland to reside, and settle there, and took the petitioner with him. She ran away and returned to Alexandria. While there, her owner in Maryland, sold her ("running") to the respondent, Thomas Jacobs.

Mr. Neale, for petitioner, contended that the sale within three years after the removal gave her a right to freedom, under the third section of the Maryland act of 1796, c. 67.

Mr. Taylor, contrâ. There was no sale in Maryland within the meaning and intent of that act. The slave was not then in Maryland, but in Alexandria.

Mr. Neale, in reply, referred to the case of Delilah v. Jacobs [Case No. 3,773], in this court at the last term.

THE COURT (nem. con.) was of opinion that the slave was lawfully imported into

---

[1] [Reported by Hon. William Cranch, Chief Judge.]

---

Maryland; and that her escape to Alexandria was not a voluntary importation into Alexandria county; and that the sale in Alexandria, after such escape, was not such a sale as could give the petitioner a right to freedom under the Maryland act of 1796, c. 67.